# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| David L. Dearing,<br><br>    Petitioner<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents | 2:17-cv-02516-JAD-GWF<br><br>**Order Dismissing Case**<br><br>[ECF No. 1-1] |

     Pro se petitioner David Dearing is serving an 18-month sentence after he was convicted of domestic-violence battery, coercion, and petit larceny.[1] He filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255,[2] but he has not paid the filing fee or filed an application to proceed *in forma pauperis*. Dearing seems to actually challenge a state judgment of conviction, so he needs to file a § 2254 petition for a writ of habeas corpus on this court's form. This matter, therefore, has not been properly commenced.[3]

     Accordingly, IT IS HEREBY ORDERED that this **case is DISMISSED without prejudice** to Dearing's ability to file a petition for a writ of habeas corpus in a new, separate case. If Dearing chooses to file a habeas petition, he must either: (1) pay the $5.00 filing fee, or (2) file a completed application to proceed *in forma pauperis* on the proper form with a properly executed financial certificate and inmate-account statements.

     Dearing at all times remains responsible for properly exhausting his claims, for calculating the federal limitations period as applied to his case, and for properly commencing a timely filed federal habeas action.

     The **Clerk of Court** is directed to **DETACH and FILE** the motion to vacate **[ECF No.**

---

[1] ECF No. 1-1 at 2.

[2] *Id.*

[3] 28 U.S.C. § 1915(a)(2) (2016), Local Rules LSR1-2, 3-1.

**1-1]**.

IT IS FURTHER ORDERED that the motion to vacate **[ECF No. 1-1] is DENIED**.

The **Clerk of Court** is also directed to **SEND to Dearing** two copies each of an application form to proceed *in forma pauperis* for prisoners, a noncapital § 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

DATED: November 13, 2017.

_____
Jennifer A. Dorsey
United States District Judge